FORM TO BE USED BY PRISONERS IN FILING A *BIVENS* COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Anthony Robinson
661 French Road
Byhalia, MS 38611
18787042

*(Enter above the full name, address, and prisoner number of the plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUL 13 2022

ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Scott, Forest,
Santana, Brett,
Mrs. Williams

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 3:22-cv-394-KHJ-MTP
*(to be completed by the Court)*

### OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING:**
> **The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A.    Have you ever filed any other lawsuits in a court of the United States? Yes ( X )  No (   )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Anthony Robinson v Ryder Logistics Inc.- et al. Lyshon James, Barbara Walker, Jamie Wright

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court of Northern Mississippi

3. Docket Number: 3:18cv-241-MPM-RP

4. Name of judge to whom case was assigned: Michael P. Mills

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):
Dismissed for failure to state a claim upon which relief could be granted.

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Anthony Robinson    Prisoner Number: N/A 18787042

Address: 661 French Road, Byhalia, MS 38611

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Scott    is employed as

Corrections officer at Federal Correctional Complex, Yazoo City, MS

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:    ADDRESS:

Anthony Robinson    661 French Road, Byhalia, MS 38611

DEFENDANT(S):

NAME:    ADDRESS:

Forest    Yazoo City FCC

Santana    Yazoo City FCC

Brett    Yazoo City FCC

### STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On October 15, 2020 my legal property was not returned to me upon arrival at Yazoo City FCC. All of my inquiries about my legal property were ignored all the way up to November 3, 2020, when I was transferred. I made it

2

perfectly clear that I had an ongoing appeal in process to the people in charge of my property.

**RELIEF**

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I am seeking relief for the emotional distress and pain and suffering caused by the care-lessness of the people who run the Receiving & Discharge property room.

Signed this _5th_ day of _July_, 20 _22_.

Anthony Robinson

18787842

661 French Road, Byhalia MS
(Signature of plaintiff, prisoner number and address)    38611

I declare under penalty of perjury that the foregoing is true and correct.

_7/5/22_

(Date)

Anthony Robinson

(Signature of plaintiff)

3